DEAN v. HALPERIN et al. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Isaac M. Dean against Bernard Halperin and others. No opinion. Order affirmed, with $10 costs and disbursements.

DE FOREST et al., Appellants, v. DENNETT SURPASSING COFFEE CO., Respondent. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by Emily J. De Forest and others against the Dennett Surpassing Coffee Company. G. D. Cleveland, for appellants. V. P. Donihee, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DELANEY, Respondent, v. CUTTING, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by John J. Delaney against R. Fulton Cutting. F. C. Huntington, for appellant. F. St. John, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE TOMASCO, Appellant, v. JOHN C. ORR CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Angelo De Tomasco against the John C. Orr Company. T. J. O'Neill, for appellant. J. V. Bouvier, Jr., for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
HOUGHTON, J., dissents.

DE ROCHE, Respondent, v. RIDGEWAY, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Arthur De Roche against James Ridgeway. No opinion. Motion for reargument denied, without costs.

In re DEUEL. (Supreme Court, Appellate Division, First Department. February 11, 1909.) In the matter of Joseph M. Deuel. No opinion. Application granted to extent stated in memorandum. Settle order on notice.

DIAMOND, Respondent, v. ABRAHAMS, Appellant. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Samuel Diamond against Joseph Abrahams. P. M. Abrahams, for appellant. J. Manheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DIEFENDORF, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Julia Diefendorf against Albert O. Fenn and others. No opinion. Orders affirmed, with $10 costs and disbursements.

DITSCH v. DITSCH. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Bernard A. Ditsch against Ellen Ditsch. No opinion. Motion granted. Order filed.

DIX, Appellant, v. VILLAGE OF RANDOLPH, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Leander M. Dix against the village of Randolph. No opinion. Motion denied, with $10 costs.

DIXON, Appellant, v. BARKLEY, Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by James B. Dixon, as administrator, etc., of Susan Dixon, deceased, against Frank Barkley.
PER CURIAM. Judgment affirmed, with costs.
SMITH, P. J., dissents.

DOERSCH, Respondent, v. LAKE KEUKA NAVIGATION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Harry L. Doersch against the Lake Keuka Navigation Company. No opinion. Judgment and order affirmed, with costs.

DONCOURT, Respondent, v. DENTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Sarah P. Doncourt, as executrix, etc., of Adolphus Doncourt, deceased, against Delamater S. Denton. No opinion. Interlocutory judgment (55 Misc. Rep. 594, 105 N. Y. Supp. 906) affirmed, with costs, on the opinion of Mr. Justice Kelly at Special Term.

DOWD v. EMPIRE CITY SAVINGS BANK. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by John F. Dowd against the Empire City Savings Bank. No opinion. Motion granted, with $10 costs. Order filed.

DOWDELL, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Patrick Dowdell against the Lackawanna Steel Company. No opinion. Judgment and order affirmed, with costs.

DOWDELL, Appellant, v. LACKAWANNA STEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Patrick Dowdell against the Lackawanna Steel Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

DRAGER, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by John Drager against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

In re DRAKE. (Supreme Court, Appellate Division, Fourth Department. March 19,